No. 95–1071. WILLIAMS *v.* UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 95–1074. KELLEY *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 95–1076. BUMPASS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–1077. AURISPA ET AL. *v.* TEXAS DEPARTMENT OF COMMERCE ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–1088. TANNER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–1091. ANDERSON *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 95–1093. HOLLOWAY *v.* UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 95–1108. DENIKOV ET AL. *v.* ILLINOIS. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 95–1112. CARREIRO *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 95–1148. GREAT STATE BEVERAGES, INC. *v.* WENNERS. Sup. Ct. N. H. Certiorari denied.

No. 95–5004. CLAWSON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–5358. REIGLE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–5410. STONEKING *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 95–5637. KAHLEY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–5750. DELAMOTTE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.